CHARLES GOTTFRIED, Respondent, v. GOTTFRIED BAKING CO., INC., Appellant. — Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Appellant, against TOFFENETTI RESTAURANT COMPANY, INC., Respondent.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. The portions of the State Labor Relations Board's order eliminated in the order appealed from are authorized by subdivision 3 of section 706 of the New York State Labor Relations Act (Labor Law, art. 20). (*Labor Board* v. *Express Pub. Co.*, 312 U. S. 426, 428, and cases cited therein.) Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [181 Misc. 779.]

AIRLINES AMUSEMENT CORPORATION, Respondent, v. PARK BELMONT CORPORATION, Defendant, and NEWSREEL THEATRES, Defendant-Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinon. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

57TH STREET LUCE CORPORATION, Appellant, v. GENERAL MOTORS CORPORATION, Respondent.— Judgment, so far as appealed from, affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., dissents and votes to reverse and direct judgment for the plaintiff. [182 Misc. 164.]

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, Respondent, v. BENJAMIN THIGPEN, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

## (May 19, 1944.)

BENJAMIN H. ROTH et al., Copartners under the Name of B. H. ROTH & COMPANY, Appellants, v. MILTON ZAIDENBERG, Respondent.

*Per Curiam.* The evidence adduced, which was uncontradicted, warranted the decision of Special Term in defendant's favor on the first counterclaim. Some of the findings are somewhat inconsistent, and the first and second conclusions of law requested by plaintiffs should not have been allowed. These may be corrected by settlement of the order with new findings. The interlocutory judgment should be affirmed, with costs.

Martin, P. J., Dore, Cohn and Callahan, JJ., concur; Untermyer, J., dissents and votes to reverse and grant a new trial.

Interlocutory judgment affirmed, with costs. Settle order on notice.